*JUDGE KAPLAN*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

10 CIV 8128

-------------------------------------------------------------------- x

C.V. STARR & CO., INC.

                                Plaintiff,

           -against-

STARLINE USA, LLC,

                            Defendant.

         :     Civil Action No.

         :     **RULE STATEMENT 7.1**

-------------------------------------------------------------------- x

OCT 26 2010
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for Plaintiff, C.V. Starr & Co., Inc. certify that it is not publicly held and has no parent corporations that are publicly held or that owns 10% or more of its stock.

Dated:   New York, New York
          October 26, 2010

                     COWAN, LIEBOWITZ & LATMAN, P.C.

                     By: _____
                         Arlana S. Cohen
                     1133 Avenue of the Americas
                     New York, New York 10036
                     Tel: (212) 790-9237
                     Fax: (212) 575-0671
                     Attorneys for Plaintiff

1200603.1