Craig J. Albert
Charles E. Torres
REITLER KAILAS & ROSENBLATT LLC
885 Third Avenue, 20th Floor
New York, New York 10022
(212) 209-3050
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

C.V. STARR & CO., INC.,

                Plaintiff,

  -against-

STARLINE USA, LLC,

                Defendant.

---------------------------------------------------------------------x

10 Civ. 8128 (LAK)

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for STARLINE USA, LLC (a private non-governmental party) certifies that the following are its parent corporation and any publicly held corporations owning 10% or more of its stock:

      None.

Dated:  New York, New York
           December 21, 2010

                            REITLER KAILAS & ROSENBLATT LLC

                            /s/ Craig J. Albert
            By:  _____
                            Craig J. Albert
                            Charles E. Torres
                            885 Third Avenue, 20th Floor
                            New York, New York 10022
                            (212) 209-3050
                            *Attorneys for Defendant*

120936