KAPLAN, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

C.V. Starr & Co., Inc
          Plaintiff(s)

v.

Starline USA, LLC
          Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

10 CV 8128 (LAK)

RECEIVED FEB 10 2011 JUDGE KAPLAN'S CHAMBERS

SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 2/10/11

### Consent Scheduling Order

Upon consent of the parties, it is hereby

ORDERED as follows:

1. No additional parties may be joined after __2/28/2011__

2. No amendments to the pleadings will be permitted after __3/31/2011__.

3. The parties shall make required Rule 26(a)(2) disclosures with respect to:

   (a) expert witnesses on or before __5/16/2011__;

   (b) rebuttal expert witnesses on or before __6/6/2011__.

4. All discovery, including any depositions of experts, shall be completed on or before __6/30/2011__

5. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before __8/1/2011__

6. No motion for summary judgment shall be served after the deadline fixed for submission of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

7. If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

8. Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) any motions in limine.

9. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

Dated: 1/10/11

                                                     Lewis A. Kaplan
                                                   United States District Judge

CONSENTED TO: [signatures of all counsel]