Kaplan, J

### EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
C.V. STARR & CO., INC.,          :
                                 :    10 Civ. 8128 (LAK)
              Plaintiff,         :
                                 :    **ORDER AND JOINT**
     -against-                   :    **STIPULATION OF DISMISSAL**
                                 :    **WITH PREJUDICE**
STARLINE USA, LLC,               :
                                 :    **ECF FILED**
              Defendant.         :
                                 :
-------------------------------------------------------- x
STARLINE USA, LLC,               :
                                 :
              Counterclaim-Plaintiff, :
                                 :
     -against-                   :
                                 :
C.V. STARR & CO., INC.,          :
                                 :
              Counterclaim-Defendant. :
-------------------------------------------------------- x

8/9/11

**WHEREAS**, the parties to the above-captioned matter have settled this matter amicably pursuant to terms and conditions that are confidential.

**NOW, THEREFORE**, in consideration thereof, on behalf of their respective clients, the undersigned counsel for the parties hereby stipulate and agree that:

1. Pursuant to Rule 41, Plaintiff C.V. Starr & Co., Inc. hereby dismiss this action with prejudice in its entirety and as to the Defendant.

2. Pursuant to Rule 41, Defendant, StarLine USA, LLC hereby dismiss this action with prejudice in its entirety and as to the Plaintiff.

29808/090/1215033.2

3. The parties shall bear their own costs and attorney's fees.

Dated: New York, NY
July 15, 2011

Respectfully submitted,

COWAN, LIEBOWITZ & LATMAN, P.C.

By: _____
Ariana S. Cohen
Meichelle R. MacGregor
1133 Avenue of the Americas
New York, New York 10036
Tel: (212) 790-9237
Fax: (212) 575-0671
Attorneys for Plaintiff and Counterclaim-Defendant
C.V. Starr & Co., Inc.

Respectfully submitted,

REITLER KAILAS & ROSENBLATT, LLC

By: _____
Craig J. Albert
Charles E. Torres
885 Third Avenue, 20th Floor
New York, NY 10022
Tel: (212) 209-3050
Fax: (212) 371-5500
Attorneys for Defendant and
Counter-Claim Plaintiff

SO ORDERED:

_____ 8/9/11

LAURA TAYLOR SWAIN, U.S.D.J
 Part I

2

28908/090/1215033.2